# EXHIBIT B

**REV Robtics U.S. Patent No. 12,115,813 v. WCP Spline XL Components and Robot**

| Claim 6 | WCP Spline XL Components and Robot |
|---|---|
| A robot comprising: | The WCP Spline XL Components including shafts and sockets can be used to construct a robot as shown by the following CAD file images at https://wcproducts.info/files/frc/cad/mcc/2024_WCP_CC.zip : |
| an assembly for rotating a wheel-shaped object that comprises: | The WCP Spline XL Components including tube stocks, bearing blocks, roller hubs and MotionX hubs are used to construct an assembly for rotating a wheel-shaped object:<br><br>**SplineXL Stock**<br><br>SplineXL Tube Stock (47" L, 1" Bore) (WCP-0918)**+$19.99**In Stock |

| | |
|---|---|
| | **SplineXL Bearing Blocks**<br><br>2" Bearing Block (Centered, SplineXL Bore) (WCP-0590)**+$23.99**In Stock<br><br>2" Bearing Block (.06" Offset, SplineXL Bore) (WCP-0591)**+$23.99**In Stock<br><br>2.5" Bearing Block (Centered, SplineXL Bore) (WCP-0592)**+$23.99**In Stock<br><br>2.5" Bearing Block (.06" Offset, SplineXL Bore) (WCP-0593)**+$23.99**In Stock<br><br>**SplineXL Roller Hubs**<br><br>SplineXL OD Aluminum Roller Hub (5/16-18 Tapped Bore) (WCP-1391)**+$6.99**In Stock<br><br>SplineXL ID Aluminum Roller Hub (5/16-18 Tapped Bore) (WCP-1392)**+$6.99**In Stock<br><br>**SplineXL MotionX Hubs**<br><br>.159" ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Clearance) (WCP-1122)**+$8.99**In Stock<br><br>1/2" Hex ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Clearance) (WCP-1123)**+$8.99**In Stock<br><br>1/2" Hex ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Tapped) (WCP-1124)**+$8.99**In Stock |
| the wheel-shaped object that comprises an aperture that includes an outer periphery coinciding with a first reference circle with a first radius and an inner periphery coinciding with a second reference circle with a second radius that is less than the first radius, wherein the inner periphery defines a plurality of inner peripheral surfaces forming elongated arcs that are concentric with the first reference circle and the second reference circle; and | The Spline XL wheel-shaped objects comprise the claimed aperture:<br><br>(1) Gears<br><br>https://wcproducts.com/collections/belts-chain-gears/products/aluminum-splinexl-gears<br><br>https://wcproducts.com/collections/belts-chain-gears/products/steel-splinexl-gears |

## Aluminum SplineXL Gears



WestCoast Products offers an assortment of gear types, chosen to provide the greatest versatility of gearing options to users. Our sizes were specifically chosen to provide a wide spread of of ratio options useful for FRC designers. Larger size gears are available so designers can accomplish their entire reduction in a single stage where otherwise they would have used more than one!

All WCP gears are 20DP with 14.5 degree pressure angle, and have the same overall width. This means it is easy to interchange gears in your design to change a ratio without modifying the overall system; true versatility.

- Spline XL bore with MotionX pattern for use on SplineXL tubes and MotionX Accessories
- Made from 7075-T6 aluminum with a teflon infused ceramic coating
- Overall width 0.500"

Access User Guide, Kit Contents & More!
- Gear Calculator

**Aluminum SplineXL Bore Gears**

- 34t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1191) **+$14.99** In Stock
- 36t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1192) **+$15.99** In Stock
- 38t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1193) **+$15.99** In Stock
- 40t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1194) **+$15.99** In Stock
- 42t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1195) **+$16.99** BackOrdered
- 44t Aluminum Spur Gear (20 DP, SplineXL Bore) (WCP-1196) **+$16.99** BackOrdered

## Steel SplineXL Gears





WestCoast Products offers an assortment of gear types, chosen to provide the greatest versatility of gearing options to users. Our sizes were specifically chosen to provide a wide spread of of ratio options useful for FRC designers. Larger size gears are available so designers can accomplish their entire reduction in a single stage where otherwise they would have used more than one!

All WCP gears are 20DP with 14.5 degree pressure angle, and have the same overall width. This means it is easy to interchange gears in your design to change a ratio without modifying the overall system; true versatility.

- SplineXL bore with MotionX pattern for use on SplineXL tubes and MotionX Accessories
- Made from 4140 Steel
- Overall width 0.500"

Access User Guide, Kit Contents & More!
- Gear Calculator

**Steel SplineXL Gears**

- 34t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1082) **+$14.99** In Stock
- 36t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1083) **+$15.99** In Stock
- 38t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1084) **+$15.99** In Stock
- 40t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1085) **+$15.99** In Stock
- 42t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1086) **+$16.99** In Stock
- 44t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1087) **+$16.99** In Stock
- 46t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1088) **+$17.99** In Stock
- 48t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1089) **+$17.99** In Stock
- 50t Steel Spur Gear (20 DP, SplineXL Bore) (WCP-1090) **+$19.99** In Stock

| | |
|---|---|
| | (2) Sprockets<br><br>https://wcproducts.com/products/25-sprockets<br><br>https://wcproducts.com/products/35-sprockets<br><br> |
| one or more insertion articles dimensioned to be inserted into the aperture, wherein the one or more insertion articles provides the assembly with an option of a live axle and a dead axle, and wherein: | The WCP Spline XL Components include the claimed insertion articles with an option of a live or dead axle:<br><br>(see below). |

| | |
|---|---|
| the one or more insertion articles includes a first shaft with a splined outer surface dimensioned to engage the outer periphery and the inner periphery of the aperture to provide the assembly with the live axle; and | The WCP Spline XL Components include an insertion article that includes a first shaft with a splined outer surface dimensioned to engage the outer periphery and the inner periphery of the aperture to provide the assembly with the live axle:  (WCP CC 2024) Gears https://wcproducts.com/collections/belts-chain-gears/products/aluminum-splinexl-gears https://wcproducts.com/collections/belts-chain-gears/products/steel-splinexl-gears All objects with the claimed spline interface can optionally be used as a bearing seat or as a dead/live axle torque transferring interface. |



| | |
|---|---|
| the one or more insertion articles includes a bearing comprising: an outer surface dimensioned to engage only the inner peripheral surfaces of the aperture, and | The insertion article includes the claimed bearing:<br><br>Bearing Blocks<br><br>https://wcproducts.com/products/splinexl |

| | |
|---|---|
| a bore that is concentric with the first reference circle and the second reference circle and sized to receive a second shaft to provide the assembly with the dead axle. | The WCP Spline XL Components include the claimed bore sized to receive a second shaft to provide the assembly with the dead axle:<br> |

7



8

| | |
|---|---|
| | Hubs<br><br>https://wcproducts.com/products/splinexl<br><br>**SplineXL MotionX Hubs**<br><br>☐ .159" ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Clearance) (WCP-1122) **+$8.99** In Stock ●<br><br>☐ 1/2" Hex ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Clearance) (WCP-1123) **+$8.99** In Stock ●<br><br>☐ 1/2" Hex ID x SplineXL OD MotionX Hub (Aluminum, #10-32 Tapped) (WCP-1124) **+$8.99** In Stock ●<br><br>**SplineXL Roller Hubs**<br><br>☐ SplineXL OD Aluminum Roller Hub (5/16-18 Tapped Bore) (WCP-1391) **+$6.99** In Stock ●<br><br>☐ SplineXL ID Aluminum Roller Hub (5/16-18 Tapped Bore) (WCP-1392) **+$6.99** In Stock ● |

9