M. Conner Hutchisson
California Bar No. 327872
Carstens, Allen & Gourley, LLP
1707 Cole Blvd, Suite 210
Golden, CO 80401
(720) 798-6680
hutchisson@caglaw.com

Theodore G. Baroody [*Admitted Pro Hac Vice*]
Texas Bar No. 01797550
Carstens, Allen & Gourley, LLP
7500 Dallas Pkwy, Suite 300
Plano, TX 75024
(972) 367-2001
baroody@caglaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV ROBOTICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> WESTCOAST PRODUCTS & DESIGN LLC, <br><br> Defendant. | No. 1:25-cv-00275-JLT-BAM <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** <br><br> **JURY TRIAL REQUESTED** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Rev Robotics LLC, by its undersigned counsel certifies that there are no parent corporations or publicly-held corporations owning 10% or more of Rev Robotics, LLC.

Plaintiff's Rule 7.1 Disclosure Statement; Case No. 1:25-cv-00275-JLT-BAM    1

| | |
|---|---|
| Dated: April 9, 2025 | Respectfully submitted, |
| | */s/ Theodore G. Baroody* |
| | M. Conner Hutchisson |
| | California Bar No. 327872 |
| | Carstens, Allen & Gourley, LLP |
| | 1707 Cole Blvd, Suite 210 |
| | Golden, Colorado 80401 |
| | (720) 798-6680 |
| | hutchisson@caglaw.com |
| | |
| | Theodore G. Baroody [*Admitted PHV*] |
| | Texas Bar No. 01797550 |
| | Carstens, Allen & Gourley, LLP |
| | 7500 Dallas Pkwy, Suite 300 |
| | Plano, TX 75024 |
| | (972) 367-2001 |
| | baroody@caglaw.com |
| | |
| | Attorneys for Plaintiff |