1  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
2  Shane G. Smith, #272630
     *shane.smith@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
5
   POTTER MINTON, PC
6  Shaun W. Hassett (TXSBN: 24074372) (*Pro Hac Vice*)
     *shaunhassett@potterminton.com*
7  102 N. College, Suite 900
   Tyler, Texas 75702
8  Telephone:   (903) 525-2272
   Facsimile:   (903) 531-3972
9
   *Attorneys for Defendant,*
10 *WESTCOAST PRODUCTS & DESIGN LLC*

11

12 **UNITED STATES DISTRICT COURT**

13 **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

14

| | |
|---|---|
| 15  REV ROBOTICS LLC, | Case No. 1:25-cv-00275-JLT-BAM |
| 16          Plaintiff, | **DEFENDANT WESTCOAST PRODUCTS & DESIGN LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |
| 17     v. | |
| 18  WESTCOAST PRODUCTS & DESIGN LLC, | |
| 19          Defendant. | Hon. Jennifer L. Thurston<br>Hon. Barbara A. McAuliffe |

DEFENDANT WESTCOAST'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant WESTCOAST PRODUCTS &
2  DESIGN LLC hereby states that it has no parent corporation, and no publicly traded corporation
3  owns 10% or more of its stock.
4  Respectfully submitted,

5  Dated:  May 1, 2025             McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP

                    By: _____*/s/ Shane G. Smith*_____
                                Shane G. Smith
                           *Attorneys for Defendant,*
                       *WESTCOAST PRODUCTS & DESIGN LLC*

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1
DEFENDANT WESTCOAST'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE
*REV Robotics LLC v. WestCoast Products & Design LLC*
**Eastern District Court Case No.1:25-cv-00275**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On May 1, 2025, I served true copies of the following document(s) described as **DEFENDANT WESTCOAST PRODUCTS & DESIGN LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Matthew Conner Hutchisson | Theodore G. Baroody, PHV |
| Carstens, Allen & Gourley, LLP | Carstens, Allen & Gourley, LLP |
| 1707 Cole Blvd, Suite 210 | 7500 Dallas Parkway, Suite 300 |
| Denver, CO 80401 | Plano, TX 75024 |
| Tel: 727-432-3506; Fax: 972-367-2002 | Tel: 972-367-2001; Fax: 972-367-2002 |
| Email: hutchisson@caglaw.com | Email: tbaroody@caglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2025, at Fresno, California.

*/s/ Shane G. Smith*
Shane G. Smith

042859-000000 11608671.1