UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| REV ROBOTICS, LLC, | Case No. 1:25-cv-00275-JLT-FJS |
| Plaintiff, | ORDER GRANTING DEFENDANT WESTCOAST PRODUCTS & DESIGN LLC'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND CLAIM CONSTRUCTION HEARING AND BRIEFING DEADLINES |
| v. | |
| WESTCOAST PRODUCTS & DESIGN LLC, | |
| Defendant | |
| | Hon. Jennifer L. Thurston |
| | Hon. Frank J. Singer |
| | (ECF No. 29) |

**1:25-cv-00275-JLT-FJS**

ORDER

Before the Court is Defendant WESTCOAST PRODUCTS & DESIGN LLC'S *Motion for Administrative Relief to Extend Claim Construction Hearing and Briefing Deadlines*. Plaintiff REV ROBOTICS, LLC does not oppose Defendant's motion. For the reasons stated therein, and for good cause appearing, the Court orders that the claim construction deadlines set out in its Scheduling Conference Order (ECF No. 20) shall be modified as follows:

| **Event** | **Current Due Date** | **Revised Due Date** |
|---|---|---|
| Defendant's Responsive Claim Construction Brief | April 24, 2026 | May 8, 2026 |
| Plaintiff's Reply Claim Construction Brief | May 15, 2026 | May 29, 2026 |
| Claim Construction Hearing | June 9, 2026 9:00 AM | June 23, 2026 9:00 AM (*Or as scheduled by the Court*) |

All other due dates set out in Court's Scheduling Conference Order (ECF No. 20) shall remain as stated.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE