UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REV ROBOTICS LLC,

Plaintiff,

v.

WESTCOAST PRODUCTS & DESIGN LLC,

Defendant.

Case No. 1:25-cv-00275-JLT-FJS

ORDER SETTING MANDATORY SCHEDULING CONFERENCE

On July 17, 2025, the court issued a scheduling order setting forth the briefing deadlines for the claim construction phase but set forth no other deadlines. (ECF No. 20.) On July 8, 2026, the court issued its order regarding claim construction. (ECF No. 34.) Since the claim construction phase is completed, this case is ready for further scheduling.

Accordingly, it is HEREBY ORDERED THAT:

1. The parties shall appear telephonically for a scheduling conference on August 25, 2026, at 10:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference date; and
3. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 29, 2026**

UNITED STATES MAGISTRATE JUDGE