UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV ROBOTICS LLC,<br>Plaintiff,<br>v.<br>WESTCOAST PRODUCTS & DESIGN LLC, et. al.,<br>Defendant. | Case No. 1:25-cv-00275-JLT-FJS<br>ORDER REGARDING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF REV ROBOTICS LLC<br>(ECF No. 42) |

On September 10, 2026, Plaintiff REV Robotics LLC filed a substitution of attorney form substituting attorney Aisha O. Otori of Coleman & Horowitt, LLP in place of attorney Matthew Conner Hutchisson of Carstens, Allen & Gourley, LLP. (ECF No. 42.) Accordingly, pursuant to Local Rule 182(g) of the court, IT IS HEREBY ORDERED that Aisha O. Otori is substituted as attorney of record for Plaintiff REV Robotics LLC, and the clerk of court is directed to terminate attorney Matthew Conner Hutchisson, as counsel of record.

IT IS SO ORDERED.

Dated: **September 14, 2026**

UNITED STATES MAGISTRATE JUDGE